# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RAJ K. PATEL, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 1:22-cv-1329 |
| THE UNIVERSITY OF NOTRE DAME DU LAC, | ) ) ) ) |
| *Defendant.* | ) ) |

## NOTICE OF PENDING STATE COURT MOTIONS

Pursuant to Local Rule 81-2, Defendant University of Notre Dame identifies the following state court motion(s) pending at the time of removal:

1. Plaintiff's Motion for Leave to Amend, filed June 14, 2022.

Dated: July 5, 2022

Respectfully submitted,

/s/ Stephen M. Judge
Paul Edgar Harold
Stephen M. Judge
SOUTHBANK LEGAL
100 E. Wayne St., Suite 300
South Bend, IN 46601
Tel. (574) 968-0760
Fax (574) 968-0761
pharold@southbank.legal
sjudge@southbank.legal

*Attorneys for Defendant*
*University of Notre Dame*