AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| The Excellent the Excellent Raj K. Patel ) <br> *Plaintiff* ) <br> v. ) <br> University of Notre Dame du Lac ) <br> *Defendant* ) | Case No. 1:22-cv-01329 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

University of Notre Dame du Lac.

Date: 07/05/2022

/s/ Paul Edgar Harold
*Attorney's signature*

Paul Edgar Harold (25917-71)
*Printed name and bar number*
SouthBank Legal
100 E Wayne Street
Suite 300
South Bend, IN 46601
*Address*

pharold@southbank.legal
*E-mail address*

(574) 968-0760
*Telephone number*

(574) 968-0761
*FAX number*