**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RAJ K. PATEL, | ) |
|     *Plaintiff,* | ) ) ) |
| v. | ) Case No. _____ |
| THE UNIVERSITY OF NOTRE DAME DU LAC, | ) ) ) ) |
|     *Defendant.* | ) |

## DEFENDANT UNIVERSITY OF NOTRE DAME'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant University of Notre Dame ("Notre Dame") hereby submits its Corporate Disclosure Statement, stating:

1. Notre Dame is a non-governmental corporate party.

2. Notre Dame does not have a parent corporation, and no publicly held corporation owns 10% or more of Notre Dame's stock.

3. Notre Dame is an Indiana nonprofit corporation with its principal place of business in Notre Dame, Indiana.

4. Notre Dame is organized exclusively for charitable, religious, educational, and scientific purposes within the meaning of 501(c)(3) of the Internal Revenue Code.

Dated:  July 5, 2022                                Respectfully submitted,

/s/ Stephen M. Judge
Paul Edgar Harold
Stephen M. Judge
SOUTHBANK LEGAL
100 E. Wayne St., Suite 300
South Bend, IN 46601
Tel. (574) 968-0760
Fax (574) 968-0761
pharold@southbank.legal
sjudge@southbank.legal

*Attorneys for Defendant
University of Notre Dame*

## CERTIFICATE OF SERVICE

I certify that on July 5, 2022, I caused, the foregoing document to be served upon the following person via First Class U.S. Mail postage prepaid:

Raj K. Patel
6850 East 21st Street
Indianapolis, IN 46219

/s/ Stephen M. Judge
Stephen M. Judge

2