UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


|                    |   |                        |
|--------------------|---|------------------------|
|                    | ) |                        |
| IN THE MATTER OF   | ) |                        |
|                    | ) | No. 1:22-mc-00024-TWP  |
| RAJ PATEL          | ) |                        |
|                    | ) |                        |

### <u>ORDER DENYING LEAVE TO FILE</u>

This matter is before the Court on Plaintiff (Pro Se)-Raj K. Patel's Motion For Leave To File Plaintiff (Pro Se)-Raj K. Patel's Notice Of Appearance. (Filing No. 2). For the reasons explained below, the Motion is **DENIED**.

On March 28, 2022, this Court issued an order finding that Mr. Patel's vexatious filing practices warranted a restriction--to prevent abuse of the legal process, protect the limited resources of the judicial system, and promote the interests of justice-- and it was **ORDERED** that Raj Patel is **PROHIBITED** from filing new lawsuits in the Court. (*See* Filing No. 1) ("Restriction Order"). Among other things, the Restriction Order provided that whenever Mr. Patel proffers a document for filing, he must include a separate motion seeking leave to file the document. (Filing No. 1 at 3.) The motion is to be docketed in the instant case, and the Court will then determine whether any tendered documents should be filed. *Id.*

On July 6, 2022, Mr. Patel tendered a Motion for Leave to File Notice of Appearance (Filing No. 2) with three attachments: a Notice of Appearance (Filing No. 2-1), UND Charter (Filing No. 2-2) and Related Cases (Filing No. 2-3). In accordance with the Court's Restriction Order, the Clerk docketed the documents in the instant case. Mr. Patel seeks leave to file his appearance in *Patel v. The University of Notre Dame Du Lac*, No. 1:22-cv-01329-JPH-MG ("*Patel v. Notre Dame*"), a case he originally filed in Marion Superior Court that Defendant Notre Dame removed to this Court

on July 5, 2022.

The Court is aware that filing an action in state court is a common tactic used by restricted filers to circumvent a federal court filing restriction. *Tidwell v. Siddiqui*, No. 20-CV-01064-SPM, 2020 WL 7388468, at *2 (S.D. Ill. Dec. 16, 2020). Having reviewed the 201-page Operative Complaint in No. 1:22-cv-01329-JPH-MG, the Court finds that is just what Mr. Patel is attempting here. The Court will not permit Mr. Patel to abuse the judicial process in this manner. He cannot make an end-run around our filing restriction and then litigate an otherwise-prohibited lawsuit in federal court by virtue of the Defendant's removal of the action.

Accordingly, Mr. Patel's Motion for Leave to File Notice of Appearance in *Patel v. Notre Dame* (Filing No. 2) is **DENIED**. The Clerk is directed to docket this order in the instant case and in No. 1:22-cv-01329-JPH-MG.

**SO ORDERED.**

Date: 7/8/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution by U.S. Mail:

Raj Patel
6850 East 21st St.
Indianapolis, IN 46219