UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01329-JPH-MG |
| | ) |
| THE UNIVERSITY OF NOTRE DAME DU LAC, | ) |
| | ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

Raj Patel is subject to a filing bar in this District. *See* 1:22-mc-00024-TWP. On June 12, 2022, he sued the University of Notre Dame in Marion County Superior Court alleging that Notre Dame violated several state and federal laws by denying him readmission to its law school. Dkt. 1-2 at 3–24. Notre Dame removed the case to this Court under 28 U.S.C. § 1331 and seeks to dismiss the case as frivolous. Dkt. 1 at 1, 3. This Court has jurisdiction over the complaint under 28 U.S.C. §§ 1331 and 1367.

The Court has entered an order in Mr. Patel's restricted filer case denying his request to file documents in this suit due to the filing bar. *See* 1:22-mc-00024-TWP, docket no. 3. In light of that order, Mr. Patel is unable to pursue this case further; therefore, this action is **DISMISSED with prejudice.**

Final judgment shall issue by separate entry.

**SO ORDERED.**

1

Date: 7/8/2022

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

RAJ K. PATEL
6850 E 21st Street
Indianapolis, IN 46219

Paul E. Harold
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
pharold@lck-law.com

Stephen M. Judge
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
sjudge@southbank.legal