# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 5, 2022

To:  Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 22-2251 | RAJ K. PATEL,<br>         Plaintiff - Appellant<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC,<br>         Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-01329-JPH-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon | |

The following is before the court:

1. **CHECK IN THE AMOUNT OF $505.00,** received by this court on October 4, 2022. Accordingly,

**IT IS ORDERED** that the clerk of this court shall send the CHECK to the clerk of the district court.

form name: **c7_Order_to_endorse**    (form ID: **214**)