UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01329-JPH-MG |
| | ) |
| THE UNIVERSITY OF NOTRE DAME DU LAC, | ) |
| | ) |
| Defendant. | ) |

**ORDER REMANDING STATE-LAW CLAIMS**

Pursuant to the Mandate of the Seventh Circuit Court of Appeals, dkt. [21], the state-law claims in Mr. Patel's complaint, dkt. 1-2, are **REMANDED** to Marion County Superior Court.

**SO ORDERED.**

Date: 4/14/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

RAJ K. PATEL
6850 E 21st Street
Indianapolis, IN 46219

All electronically registered counsel

Clerk
Marion County Superior Court
675 Justice Way
Indianapolis, IN 46203