## UNITED STATES DISTRICT COURT

### Southern District of Indiana

*Roger A. G. Sharpe*

*Clerk of the Court*

| | |
|---|---:|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

April 14, 2023

Clerk of the Marion County Court
City County Building
200 E. Washington St., Suite W122
Indianapolis, IN 46204

Re: PATEL v. THE UNIVERSITY OF NOTRE DAME DU LAC
Cause Number: 1:22−cv−01329−JPH−MG
Your Cause Number: 49D05−2206−CC−019517

Dear Clerk:

Pursuant to Court order dated April 14, 2023, the above file is remanded to the Marion County Court.

Enclosed are copies of all documents filed in this cause since the petition for removal was filed on July 5, 2022. Also enclosed are certified copies of the docket and order of remand.

Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Roger A. G. Sharpe, Clerk

By: s/Dena Wolf Hernandez
Dena Wolf Hernandez, Deputy Clerk

Received by:_____ Date:_____